IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIJU THOMAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | NO. 3:17-CV-2302-D |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Viju Thomas and Defendant Allstate Vehicle And Property Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant Allstate are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 18th day of May, 2018.

    Respectfully submitted,

    */s/ Roy E. Mathews*
    Roger D. Higgins
    State Bar No.  09601500
    Roy E. Mathews
    State Bar No. 24032360

    THOMPSON, COE, COUSINS & IRONS, L.L.P.
    700 North Pearl Street, 25th Floor
    Dallas, Texas  75201
    Telephone:	(214) 871-8200
    Facsimile:	(214) 871-8209
    Email:  rhiggins@thompsoncoe.com
    Email:  rmathews@thompsoncoe.com

    **ATTORNEYS FOR DEFENDANT**

       **And**

       */s/Chidi A. Oha\**
       James M. McClenny
       State Bar No. 24091857
       J. Zachary Moseley
       State Bar No. 24092863
       Chidi A. Oha
       State Bar No. 24100081

       MCCLENNY MOSELEY & ASSOCIATES, PLLC
       411 N. Sam Houston Parkway E., Suite 200
       Houston, Texas  77060
       Telephone:  (713) 334-6121
       Facsimile:   (713) 322-5953
       Email:  James@mma-pllc.com
       Email:  Zach@mma-pllc.com
       Email:  chidi@mma-pllc.com

       **ATTORNEYS FOR PLAINTIFF**
       *\*Signed with Permission*

## CERTIFICATE OF SERVICE

This is to certify that on May 18, 2018, a copy of this document was served to all Counsel of Record via electronic notice to:

James M. McClenny
J. Zachary Moseley
Chidi A. Oha
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060


       *s/ Roy E. Mathews*
       Roy E. Mathews